UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Shane Brady et al

        v.                              Civil No. 1:07-cv-255-JL

First Southern Funding, LLC et al

### O R D E R

Emile R. Bussiere, Jr. having failed to comply with the court's Order on Nonconforming Document filed 12/27/07, the Assented to MOTION to Amend Declaration to Add Count VI is herewith stricken.

The court does not wish to strike relevant, assented-to pleadings from the record, and encourages counsel to re-file the pleading in compliance with the Local Rule 15.1(a) if the plaintiffs wish to pursue the claim referenced in the stricken motion.

SO ORDERED.


January 24, 2008                                        **/s/ Joseph N. LaPlante**
                                                              Joseph N. LaPlante
                                                              United States District Judge


cc:    Emile R. Bussiere, Jr., Esq.
        Michael C. Harvell, Esq.
        John F. Bisson, Esq.